

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00195-CR

Wilfredo **MONTEMAYOR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR1274A
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 26, 2025.

H. Todd McCray, Justice